JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TROJAN BATTERY COMPANY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.  CV14-2913-CAS (JCGx)<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Trial Date:　　　　July 9, 2015 |

### ORDER

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own fees and costs for this action.

**IT IS SO ORDERED**.

DATED:  December 30, 2014

*Christine A. Snyder*

The Honorable Christine A. Snyder
United States District Court Judge